JS-6

ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
DONALD W. YOO (SBN 227679)
Assistant United States Attorney
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-3994
    Facsimile: (213) 894-7819
    E-mail: donald.yoo@usdoj.gov

Attorneys for Defendant
UNITED STATES OF AMERICA

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENE ROJAS,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | No. CV 13-01123 MMM (JEM)<br><br>**[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE**<br><br><br><br>Honorable Margaret M. Morrow |

1      Pursuant to the Stipulation for Compromise Settlement and Dismissal entered into between Plaintiff Rene Rojas and Defendant United States of America, IT IS HEREBY ORDERED THAT:

     1.     The above-captioned action is dismissed with prejudice in its entirety;

     2.     Each party shall bear their own costs of suit and fees; and

     3.     The Court retains jurisdiction pending payment of the settlement.

Dated:

July 23, 2014_____

                              HONORABLE MARGARET M. MORROW
                              UNITED STATES DISTRICT JUDGE